# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Victor P., <br><br> Petitioner, <br><br> v. <br><br> Kirsti Noem, et al., <br><br> Respondents. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING WRIT OF HABEAS CORPUS** <br><br> Civil File No. 26-430 (MJD/SGE) |

Khanh Ngoc Nguyen, Counsel for Petitioner,

Ana H. Voss, Jesus Cruz Rodriguez, Assistant United States Attorneys, Counsel for Federal Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins dated January 25, 2026. Only the Petitioner has filed an objection to the Report and Recommendation **[Docket No. 10]**. Pursuant to statute, the Court conducted a de novo review upon the record.  28 U.S.C. §636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Shannon G. Elkins dated January 25, 2026.

Petitioner argues that he is entitled to immediate release, rather than a bond hearing. However, not only are the facts unclear, but Magistrate Judge Elkins correctly points out that Petitioner does not argue his arrest was warrantless. This Court thus cannot determine whether his immediate release is appropriate under the circumstances.

Instead, considering both this Court's previous conclusions as well as Magistrate Judge Elkins' recommendation, Petitioner's current detention is discretionary under 8 U.S.C. § 1226(a). Therefore, Petitioner is entitled to receive a bond hearing.

Petitioner's objection is overruled.

Accordingly, based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elkins dated January 25, 2026 **[Docket No. 10]** as modified in the following way:

    a. The Petitioner's Petition for Writ of Habeas Corpus **[Docket No. 1]** is **GRANTED** insofar as the Petitioner Victor P. shall be afforded a bond hearing within seven days of the date of

       this Order, in the District of Minnesota, where witnesses and evidence are likely to be found.[1]

   b. If a hearing is not held as ordered above, Petitioner must be released into Minnesota on his own recognizance.

2. Respondents are ordered to report to the Court within nine days either the results of the bond hearing or that Petitioner has been released.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 30, 2025          s/Michael J. Davis
                                               Michael J. Davis
                                               United States District Court

---

[1] The Court modifies the Report and Recommendation only to add timelines for Respondents' compliance with this Order and to add that Petitioner must be released if a bond hearing is not granted within the time specified above.