# UNITED STATES DISTRICT COURT
## District of Minnesota

Victor Perez Avendano

Petitioner(s),

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Pamela Bondi, Ryan Shea

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: **26-cv-430 MJD/SGE**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1.The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elkins dated January 25, 2026 **[Docket No. 10]** as modified in the following way:
a. The Petitioner's Petition for Writ of Habeas Corpus**[Docket No. 1]** is **GRANTED** insofar as the Petitioner Victor P. shall be afforded a bond hearing within seven days of the date of this Order, in the District of Minnesota, where witnesses and evidence are likely to be found.
b. If a hearing is not held as ordered above, Petitioner must be released into Minnesota on his own recognizance.
2.Respondentsare ordered to report to the Court within nine days either the results of the bond hearing or that Petitioner has been released.

Date: 1/30/2026

KATE M. FOGARTY, CLERK