UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Victor P.,

    Petitioner,

v.

Kristi Noem, et al.,

    Respondents.

ORDER DISMISSING
PETITION FOR WRIT OF
HABEAS CORPUS
Civil File No. 26-430 (MJD/SGE)

Khanh Ngoc Nguyen, Counsel for Petitioner.

Jesus Cruz Rodriguez, Assistant United States Attorney, Counsel for Federal Respondents.

On January 30, 2026, the Court issued an Order requiring Respondents to hold a bond hearing for Petitioner within seven days of the Order. [Doc. 11.] If Petitioner was not granted a bond hearing within seven days, the Respondents were ordered to release Petitioner from detention. Id.

On February 10, 2026, the Respondents provided a status update informing the Court that Petitioner had been released from custody on February 9, 2026. [Doc. 13.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Victor P.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET THE JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 13, 2026            s/Michael J. Davis
                                     Michael J. Davis
                                     United States District Court