# UNITED STATES DISTRICT COURT
## District of Minnesota

Victor Perez Avendano

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Pamela Bondi, Ryan Shea

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00430-MJD-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: Petitioner Victor P.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 2/13/2026

KATE M. FOGARTY, CLERK